Rel: September 13, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2024-0214

Noelia Harmon v. Michael David Mills (Appeal from Tuscaloosa Circuit
Court: CV-23-900808).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Cook, JJ., concur.